RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
701 BRIDGER AVENUE SUITE 820
LAS VEGAS, NEVADA 89101
(702) 853-4500

RECEIVED & FILED

AUG 17  11 36 AM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: | ) | BK-S-10-31202-MKN |
| FORD, APPYLES. | ) | Chapter 13 |
| | ) | |
| | ) | **NOTICE OF UNCLAIMED FUNDS** |
| _____ | ) | |

TO:    Clerk, United States Bankruptcy Court

From: Rick A. Yarnall, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court.  These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS613300 |
|---|---|---|---|
| 0 | APPYLES FORD<br>2115 PINE BREEZE LANE<br>LAS VEGAS, NV 89119 | | $1167.00 |
| | Totals | | $1167.00 |

Date: _08/17/2011_       RICK A. YARNALL, TRUSTEE_____
                                       Rick A. Yarnall
                                       Chapter 13 Bankruptcy Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000.  Claims that are more than
          $25.00 go into CAS 613300.  The amounts that are to be deposited into the registry
          can be written on one check.


Reason:  Working on stale dated check report.  Sent to Unclaimed Funds as cannot locate debtor.

Receipt # 203596       1167.00